**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CENOZ, ETC.<br><br>          Plaintiff,<br><br>  v.<br><br>NATIONAL DEFAULT<br>SERVICING CORPORATION,<br>ETC., ET AL<br><br>          Defendants. | Case No. EDCV 14-02440-VAP<br>(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 19, 2015

                                  VIRGINIA A. PHILLIPS
                             United States District Judge